UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:<br><br>    Eugene E Spaulding Jr<br>    Anna Spaulding<br>            Debtor(s) | Case No. 11 B 18589 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>04/29/2011</u>.

    2) The plan was confirmed on <u>07/18/2011</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>10/03/2011, 03/05/2012, 06/25/2012</u>.

    5) The case was Dismissed on <u>07/11/2012</u>.

    6) Number of months from filing to last payment: <u>11</u>.

    7) Number of months case was pending: <u>23</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>NA</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,433.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,433.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,313.48 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $119.52 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,433.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC International | Unsecured | 318.51 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| Alverno Clinical Labs | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Alverno Clinical Labs | Unsecured | 26.24 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 558.77 | 558.77 | 0.00 | 0.00 |
| Amo Recoveries | Unsecured | 698.46 | NA | NA | 0.00 | 0.00 |
| Cash America | Unsecured | 335.00 | 335.10 | 335.10 | 0.00 | 0.00 |
| CBCS | Unsecured | 212.52 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 1,183.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Unsecured | 9,160.00 | NA | NA | 0.00 | 0.00 |
| Collection Service Bureau | Unsecured | 178.50 | NA | NA | 0.00 | 0.00 |
| Collection Services Division | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| Collection Services Division | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 360.64 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 404.79 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 1,182.00 | 1,182.80 | 1,182.80 | 0.00 | 0.00 |
| Custom Collection | Unsecured | 377.15 | 377.15 | 377.15 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 4,186.00 | 9,981.30 | 9,981.30 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gulf Coast | Unsecured | 1,158.41 | NA | NA | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Unsecured | NA | 130.00 | 130.00 | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Priority | NA | 1,708.07 | 1,708.07 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,158.41 | 1,158.41 | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Meta Bank | Unsecured | 3,982.00 | NA | NA | 0.00 | 0.00 |
| Meta Bank | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Palisades Collection LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | NA | 457.71 | 457.71 | 0.00 | 0.00 |
| R Storage | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,093.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| Storage USA | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Tiberon Trails | Unsecured | 3,107.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| Trustmark | Unsecured | 152.49 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,708.07 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,708.07** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,811.24** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,433.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,433.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2013　　　　　　　　　　By: /s/ Marilyn O. Marshall
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**